No. 66. SIEGMUND LUBIN, APPELLANT, *v.* THOMAS A. EDISON. Appeal from the United States Circuit Court of Appeals for the Third Circuit. Motion to dismiss submitted October 31, 1904. Decided November 7, 1904. *Per Curiam.* Dismissed for the want of jurisdiction, on the authority of *McLish* v. *Roff*, 141 U. S. 661; *Insurance Company* v. *Kirchoff*, 160 U. S. 374. *Mr. Charles N. Butler* for appellant. *Mr. Melville Church* for appellee.

---

No. 57. THE YAZOO AND MISSISSIPPI VALLEY RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* HENRY TRUMAN. In error to the Circuit Court of Franklin County, State of Mississippi. Submitted November 4, 1904. Decided November 14, 1904. *Per Curiam.* Judgment reversed with costs on the authority of *Chicago, Rock Island and Pacific Railway Company* v. *Sturm*, 174 U. S. 710, and cause remanded for further proceedings. *Mr. J. M. Dickinson* and *Mr. Edward Mayes* for plaintiff in error. No appearance for defendant in error.

---

No. 64. WILLIAM M. MEFFERT, PLAINTIFF IN ERROR, *v.* E. B. PACKER ET AL., ETC. In error to the Supreme Court of the State of Kansas. Argued and submitted November 11, 1904. Decided November 14, 1904. *Per Curiam.* Judgment affirmed with costs. *Hawker* v. *New York*, 170 U. S. 189; *Dent* v. *West Virginia*, 129 U. S. 114; *Reetz* v. *Michigan*, 188 U. S. 505; *Gray* v. *Connecticut*, 159 U. S. 574; Case below, 66 Kansas, 710. *Mr. J. Jay Buck* for plaintiff in error. *Mr. Clad Hamilton* and *Mr. C. C. Coleman* for defendants in error.